■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. FARMER, Appellant.—Judgment unanimously modified on the law and as modified affirmed and matter remitted to Steuben County Court for resentencing, in accordance with the following memorandum: We reject defendant's contention that the jury verdict convicting him of larceny was not supported by legally sufficient evidence or was contrary to the weight of evidence. Defendant observed a larceny in progress and, while asportation of the goods was continuing, assisted

the perpetrator in completing the larceny *(see, People v Robinson,* 60 NY2d 982; *People v Tucker,* 130 AD2d 605; *see also, United States v Barlow,* 470 F2d 1245). The jury could reasonably have inferred that, by reason of his conduct, defendant had the requisite intent to commit a larceny *(see, People v Barnes,* 50 NY2d 375, 381). Defendant's claim that the court erred in failing to instruct the jury on the nature of accessorial conduct is not preserved for our review *(see,* CPL 470.05 [2]; *People v Whalen,* 99 AD2d 883, 884), and interest of justice review is not warranted.

The indictment alleged that defendant stole a wallet containing $778. The People concede that at the time of trial, that charge would constitute only a petit larceny (Penal Law § 155.25), not grand larceny in the third degree (Penal Law § 155.35; *see, People v Behlog,* 142 AD2d 983, *affd* 74 NY2d 237). Accordingly, we modify the judgment to convict defendant of petit larceny under Penal Law § 155.25, and defendant is remanded to Steuben County Court for resentencing. (Appeal from judgment of Steuben County Court, Scudder, J.— grand larceny, third degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.